# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHADIYA SMITH, LYNDSY JONES, LaSHEAR ALLEN, JAKIA NEELEY and TSEDKEYAH PITTMAN on behalf of themselves and all other plaintiffs similarly situated known and unknown, | Case No.: 15 cv- 3359 |
| Plaintiffs, | |
| v. | Judge: Honorable James B. Zagel |
| SISTAR BEAUTY CORPORATION and SANG W. LEW | Magistrate Judge: Honorable Susan E. Cox |
| Defendants. | |

## ORDER

This matter coming before the Court for the Joint Motion for Entry of Agreed Order by Plaintiffs, Shadiya Smith, Lindsy Jones, LaShear Allen, Jakia Neeley, Tsedkeyah Pittman and all other plaintiffs similarly situated, known and unknown ("Plaintiffs") and Defendants Sistar Beauty Corporation ("Sistar") and Sang W. Lew ("Lew," and together with Sistar, collectively "Defendants"), the Court being fully advised, it is hereby Ordered as follows:

1. On February 18, 2016, the Court entered an Agreed Judgment [Doc. #55] as to the amounts owed to the Plaintiffs. In paragraph 6 of the Agreed Judgment, the Court ordered the parties to attempt to resolve the issue of attorneys' fees and costs.

2. The Defendants have agreed to pay the sum of Thirty One Thousand Dollars ($31,000.00) for attorneys' fees and costs and Plaintiffs' Counsel has agreed to accept this amount.

3. Therefore, the Defendants shall pay to The Fish Law Firm P.C. the sum of Thirty One Thousand Dollars ($31,000.00) on or before March 31, 2016. The Court finds that this

sum, including the rates of between $195 and $365 per hour for attorneys at The Fish Law Firm, P.C., is fair and reasonable and appropriate.

    4.    All matters having been adjudicated in this case, it is hereby Closed.

Entered:     March 14, 2016

*James B. Zagel*